## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| DANIEL BOUDETTE,<br><br>               Plaintiff,<br><br>    vs.<br><br>TAMMY OSKERSON, ADAM OWENS,<br>GREGORY COSTANZA, GRANITE<br>PEAK LAW, PLLC, AND UNKNOWN<br>NAMED DEFENDANTS A-Z<br><br>              Defendants. | **CV-22-71-H-BMM-KLD**<br><br><br>**ORDER REVISING<br>JUDGMENT** |

Plaintiff Daniel Boudette ("Boudette"), appearing *pro se*, brought this action against Tammy Oskerson, Adam Owens, Gregory Constanza, Granite Peak Law, PLLC, and Unknown Named Defendants A-Z (collectively "Defendants"). Boudette alleged that Defendants were engaged in an ongoing Racketeer Influenced and Corrupt Organizations Act ("RICO") scheme to take Boudette's real property located in Townsend, Montana. Boudette sought treble damages for his monetary losses, pain, suffering, mental anguish, and expenses incurred from Defendants' actionable conduct as determined by a jury; injunctive and declaratory relief and money damages; an award of costs of this action; and attorney's fees. (Doc. 1 at

1

25.)

The Court granted Oskerson's motion to dismiss (Doc. 23) Boudette's

Verified Complaint on October 28, 2022. (Doc. 34.) The Court found that it lacked

subject-matter jurisdiction over Boudette's claims because the claims lacked

enough substance to invoke the Court's jurisdiction. (*Id.*) The Court dismissed

Boudette's Verified Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1).

(*Id.*) The Court entered judgment dismissing the action accordingly (Doc. 35). The

Ninth Circuit determined that the Court lacked jurisdiction on the ground that

jurisdiction was barred under the *Rooker-Feldman* doctrine. (Doc. 42.) Dismissal

under the *Rooker-Feldman* doctrine is without prejudice. (*Id.*) Accordingly, and

pursuant the Ninth Circuit's Mandate to the Court (Doc. 43),

## ORDER

Accordingly, **IT IS HEREBY ORDERED** that:

1.  This suit is **DISMISSED without prejudice**.

2.  The Clerk of Court is directed to enter a revised judgment

    accordingly.

DATED the 23rd day of April, 2024.

_____
Brian Morris, Chief District Judge
United States District Court

2